Anthony COLEMAN, Appellant,

v.

STATE of Missouri, Respondent.

No. 65044.

Missouri Court of Appeals,
Eastern District,
Division One.

June 7, 1994.

Robert E. Steele, Jr., St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John R. Watson, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

## ORDER

PER CURIAM.

Movant appeals the motion court's denial of his Rule 24.035 motion without an evidentiary hearing. We affirm. We find the motion court's findings of fact are not clearly erroneous and no error of law appears. Rule 84.16(b)(2) and (5).

We further find an opinion in this case would have no precedential value and affirm by written order. Rule 84.16(b). A memorandum has been issued to the parties for their use only.